IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HENRY CLAY SMITH,** | * |
| **ALA. D. O. C. NO. 128122,** | * |
| | * |
| **Petitioner,** | * |
| | * |
| v. | * CIVIL ACTION NO. 25-00092-JB-B |
| | * |
| **STATE OF ALABAMA,** | * |
| | * |
| **Respondent.** | * |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 22nd day of April, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE